

**GEORGIA M. PESTANA**
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
phone: (212) 356-0886
email: pfrank@law.nyc.gov

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2022

February 9, 2022

**BY ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Kirby v. Carter, et al.*, 21-cv-9056 (AJN) (KHP)

Your Honor:

      I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to the defense of the above-referenced matter on behalf of Defendant Warden Carter. Plaintiff, who is incarcerated, alleges that the conditions of his confinement at the Vernon C. Bain Center (VCBC) violated his constitutional rights.

      <u>I write to respectfully request an adjournment of the initial conference currently scheduled for February 10, 2022, at 12:00 p.m. The reason for the requested adjournment is that the deadline for Defendants Carter, Guerra, and Horton to respond to the Complaint is not until March 7, 2022.</u>

      Accordingly, Defendant respectfully requests that the Court grant an adjournment of the initial conference until a date after the deadline for Defendants' response to the Complaint. This is the first request for an adjournment of the conference. Because Plaintiff is incarcerated and proceeding *pro se*, this request is made directly to the Court.

      I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Philip S. Frank
Assistant Corporation Counsel

**By First Class Mail**
Termain Kirby
Plaintiff *Pro Se*
B&C: 1412001914
Vernon C. Bain Center
1 Halleck St.
Bronx, NY 10474

**APPLICATION GRANTED:** The telephonic Case Management conference in this matter currently scheduled for Thursday, February 10, 2022 at 12:00 p.m. is hereby adjourned to **Thursday, March 10, 2022 at 11:00 a.m.** It is hereby ORDERED that the Warden or other official in charge of the Vernon C. Bain Center (VCBC) **produce plaintiff Termain Kirby on March 10, 2022, no later than 11:00 a.m.**, to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. **Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the VCBC to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) call into Judge Parker's AT&T teleconference line (866) 434-5269, Access Code: 4858267, with the plaintiff on the line, at the time and date of the conference.**
**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
2/9/2022