```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERMAIN KIRBY,

      Plaintiff,

-against-

WARDEN CARTER, et al.,

      Defendants.

21-CV-9056 (AJN) (KHP)

ORDER RE-SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      This action was scheduled for an initial case management conference, via telephone, in accordance with Fed. R. Civ. P. 16 on Thursday, March 10, 2022 at 11:00 a.m.  On March 10th, counsel for Defendants informed the Court that the correctional facility housing Plaintiff would not be able to produce Plaintiff for the conference due to an oversight.  Accordingly, the initial case management conference is hereby rescheduled for **April 7, 2022 at 2:00 p.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the Anna M. Kross Correctional Facility produce plaintiff **Termain Kirby., Booking #1412001914/NYSID #01818257P**, on **April 7, 2022 no later than 2:00 p.m.,** to a suitable location within the Anna M. Kross Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      **Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Anna M. Kross Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date**; (3) complete the

Proposed Case Management Plan For Pro Se Plaintiffs and file it via ECF, and (4) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff and terminate Defendants' motion at ECF No. 21.**

Dated: March 11, 2022
      New York, New York

                                          **SO ORDERED**.

                                          **KATHARINE H. PARKER**
                                          **United States Magistrate Judge**