```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERMAIN KIRBY,

    Plaintiff,

-against-

WARDEN CARTER, et al.,

    Defendants.

21-CV-9056 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    As discussed at the case management conference on July 21, 2022, Plaintiff shall have until September 21, 2022 to file his opposition to Defendants' motion to dismiss. Defendants' reply (if any) shall be filed by October 12, 2022. Plaintiff is reminded to file a letter with the Court if he does not receive Defendants' motion in the mail by July 29, 2022.

    Additionally, discovery in this action is stayed pending the Court's decision on the motion to dismiss.

    **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: July 21, 2022
       New York, New York

                              **SO ORDERED**.

                              *[signature: Katharine H Parker]*
                              **KATHARINE H. PARKER**
                              **United States Magistrate Judge**