USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/6/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERMAIN KIRBY,

             Plaintiff,

-against-

 WARDEN CARTER, et al.,

             Defendants.

21-CV-9056 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On July 21, 2022, the Court granted Plaintiff until September 21, 2022 to file his opposition to Defendants' motion to dismiss.  The Court having not received Plaintiff's opposition and in light of his pro se status, will grant Plaintiff until Wednesday, December 7, 2022 to file his opposition.  Plaintiff's failure to comply with this order will lead the Court to decide Defendants' motion without the benefit of his response.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: November 6, 2022
      New York, New York

                              SO ORDERED.

                              _____

                              **KATHARINE H. PARKER**
                              **United States Magistrate Judge**