**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TERMAIN KIRBY,

                     Plaintiff,

    -against-                                        21 **CIVIL** 9056 (AT)(KHP)

## JUDGMENT

NYC/DOC/VCBC WARDEN CARTER;
NYC/DOC/VCBC CAPTAIN GUERRA; 3-AA
HOUSING UNIT CAPTAIN;
NYC/DOC/VCBC CAPTAIN JERMAINE
SLACK INTAKE; NYC/DOC/VCBC INTAKE
CAPTAIN CARLO CIQUEROS;
SUPERVISING CAPTAIN; NYC/DOC/VCBC
CAPTAIN HORTON,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 28, 2022, the R&R is ADOPTED in its entirety. Defendants' motion to dismiss is GRANTED. Plaintiffs' claims are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        December 28, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                             **BY:**        *K. Mango*

                                                                   **Deputy Clerk**